## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Betty J. Tuggle, | ) | NO.: 10 - 29376 |
| | ) | |
| Debtor. | ) | Judge Janet S. Baer |

## NOTICE OF MOTION

TO: Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, Illinois 60603
via the Court's electronic noticing system

Shara C. Cornell, Manley Deas Kochalski, PO Box 165028, Columbus, OH 43216-5028
via the Court's electronic noticing system

Caitlynn E. White, Bankruptcy Specialist III, CitiMortgage, Inc., PO Box 6040, Sioux Falls, SD 57117 via First Class U.S. Mail

PLEASE TAKE NOTICE that on the 27th day of August, 2015 at 9:30 a.m., an attorney from the undersigned law firm shall appear before the Honorable Judge Janet S. Baer in Courtroom 615 of the United States Courthouse located in the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion to Determine Cure, at which time and place you may appear if you so choose.

/s/ Lorraine M. Greenberg
Lorraine M. Greenberg

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she served a copy of this Notice and the Motion to Determine Cure by causing a copy of each to be placed in the CM/ECF System maintained by the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois on August 14, 2015 and by placing a copy of this Notice and the Motion to Determine Cure in an envelope addressed as aforesaid, First Class postage prepaid, and placing same in the U.S. Mail at Chicago, Illinois on August 14, 2015.

/s/ Lorraine M. Greenberg
Lorraine M. Greenberg, #3129023

LORRAINE GREENBERG

150 N. Michigan Avenue, Suite 800

Chicago, Illinois 60601

(312) 588-3330

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Betty J. Tuggle, | ) | NO.: 10-29376 |
| | ) | |
| Debtor. | ) | Judge Janet S. Baer |

## MOTION TO DETERMINE FINAL CURE OF MORTGAGE OF CITIBANK, N.A.

NOW COMES the Debtor, by her attorney, Lorraine M. Greenberg, pursuant to Federal Bankruptcy Rule 3002.1 (h), and requests a hearing to determine the amount necessary to cure the mortgage of CitiBank, N.A. if any, and in support thereof, states as follows:

1. Debtor filed the original Chapter 13 Petition on June 30, 2010. At the time of filing, the servicing agent for the primary lienholder on debtor's principal residence was CitiBank, N.A.

2. The Chapter 13 Plan was confirmed on August 26, 2010.

3. The Trustee filed a Notice of Payment of Final Mortgage Cure pursuant to Bankruptcy Rule 3002.1 (f) on July 10, 2015. The Notice provided that Debtor had cured the pre-petition default claim in its entirety during the term of the Plan.

4. A representative of CitiBank, N.A. filed its Statement in Response to the Trustee's Notice of Final Mortgage Cure on July 28, 2015 alleging a post-petition default of $2,800.57. This pertains to an equity line of credit secured by Debtor's principal residence. .

5. Debtor disputes that there is any post-petition default owing CitiBank, N.A.

6. Debtor has not yet received her discharge. The Trustee has not yet filed the Notice of Completion of Plan Payments.

WHEREFORE, Debtor moves this honorable Court to enter an Order declaring Debtor current and the Mortgage fully reinstated on the debt owed to the primary lienholder, i.e.

CitiBank, N.A. and for CitiBank, N.A. to provide a complete payment history of the loan to debtor and her counsel, and to further find that all post-petition arrearages have been fully paid and that this creditor be forever barred from seeking to collect any indebtedness as of the date of the entry of the Order, including but not limited to late penalties or fees, post-petition attorneys fees and costs of collection not approved by the Bankruptcy Court and for such other relief as this Court deems necessary and just.

                                      Respectfully submitted,

                                      Betty J. Tuggle


                            BY:  /s/   Lorraine M. Greenberg
                                          Lorraine M. Greenberg


LORRAINE GREENBERG
Attorney for Debtor
150 N. Michigan Avenue, Suite 800
Chicago, Illinois 60601
(312) 588-3330
ARDC NO. 3129023